# United States District Court
# For The Western District of North Carolina
# Statesville Division

PATRICK RICARDO SMITH,

       Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　CASE NO. 5:10CV41-2-MU

BUD HOLCOME, BEN CARVER,
AND DOUG WALKER,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2010 Order.

                                        Signed: June 7, 2010

Frank G. Johns, Clerk
United States District Court